FILED: June 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4735 (L)
(3:20-cr-00435-FDW-DCK-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

IZZAT FREITEKH

  Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellants' unopposed motion to exceed length limit for joint opening brief or file separate opening briefs, the court grants leave to file an opening brief not to exceed 20,000 words. Appellants may write separately on issues where they are adverse, but common areas shall be briefed together.

For the Court

/s/ Patricia S. Connor, Clerk